IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LOCAL 211, UNITED AUTOMOBILE,**
**AEROSPACE, AND AGRICULTURAL**
**IMPLEMENT WORKERS OF AMERICA**
**(UAW), ET AL.,**                                    Case No. 3:16 CV 3077

        Plaintiffs,

        v.                                                Magistrate Judge James R. Knepp, II

**JOHNS MANVILLE CORP.,**

        Defendant.                           ORDER

Currently pending before the Court is Defendant's Motion to Dismiss. (Doc. 7). Plaintiffs opposed the motion (Doc. 11), and Defendant filed a reply (Doc. 12). Following review of the briefs, the Court finds it would be helpful to hold oral argument on the pending motion. Parties are hereby on notice of oral argument scheduled for June 30, 2017 at 1:30 p.m. in Courtroom 312.

Specifically, counsel should be prepared to make arguments as to any distinction between cases cited in the briefs, which discuss refusal to arbitrate in the first instance, and this case, in which an arbitration occurred but an opinion was never issued. Counsel should also be prepared to discuss if and when the first arbitration was deemed concluded notwithstanding the arbitrator's failure to issue an opinion.

        IT IS SO ORDERED.

                                                         s/James R. Knepp II
                                                         United States Magistrate Judge